# Third District Court of Appeal

## State of Florida

Opinion filed May 17, 2023.
Not final until disposition of timely filed motion for rehearing.

_____

No. 3D23-364
Lower Tribunal No. F92-19854
_____


**Antonio Johnson,**
Appellant,

vs.

**The State of Florida,**
Appellee.


An Appeal under Florida Rule of Appellate Procedure 9.141(b)(2) from the Circuit Court for Miami-Dade County, Daryl E. Trawick, Judge.

Antonio Johnson, in proper person.

Ashley Moody, Attorney General, for appellee.


Before MILLER, GORDO and BOKOR, JJ.

PER CURIAM.

Affirmed.